**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
1888 Century Park East, Suite 1106
Los Angeles, California 90067
Telephone: (310) 557-9100
Facsimile: (310) 557-9101
Email: heley@dollamir.com

Attorneys for Defendant
CAPITAL ONE BANK (USA), N.A.

FILED

10 JUL 15 PM 3: 38

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

ARTUR MARDOYAN,

      Plaintiff,

      vs.

CAPITAL ONE SERVICES LLC

      Defendant.

CASE NO: **CV10 5206** -JFW (AGRx)

**NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA UNDER 28 U.S.C. §1331 (FEDERAL QUESTION) AND 28 U.S.C. § 1441(b)-(c)**

*(Filed concurrently with Civil Cover Sheet, Notice of Interested Parties, Notice to Adverse Parties of Removal to Federal Court, and Related Documents)*

COPY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE THAT** Defendant Capital One Bank (USA), NA, (erroneously sued as Capital One Services LLC) ("Capital One") hereby invokes this Court's jurisdiction under the provisions of 28 U.S.C. § 1331 and 28 U.S.C. § 1441(b) and removes this action from state court to federal court pursuant to 28 U.S.C. § 1446(b). In support thereof, Capital One asserts:

1.    On June 11, 2010, Plaintiff Artur Mardoyan ("Plaintiff") filed a claim in the Superior Court of the State of California for the County of Los Angeles, Northwest District, designated as Case Number 10003843 (the "Action").

2.    Plaintiff's claim was sent via certified mail on June 14, 2010 to 2730 Gateway Oaks Dr., Suite 100, Sacramento, CA 95833. Capital One first received the initial pleading on June 16, 2010 via its registered agent for service of process, Corporation Service Company, located in Sacramento, CA. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings and orders served upon Defendant in this case is attached hereto as Exhibit "A."

3.    Plaintiff's sole allegation is that "Defendant failed to notify the credit bureaus of consumer dispute, failed to verify or delete the disputed item from consumer's credit file. Defendant's actions defamed the Plaintiff and caused him financial and emotional stress." Although the complaint does not the cite federal statute, it is well established that claims against a furnisher of information to credit reporting agencies fall within the purview of the Fair Credit Reporting Act, which is codified at 15 U.S.C. § 1681 *et seq*. "Congress enacted the [FCRA] in 1970 'to ensure fair and accurate credit reporting, promote efficiency in the banking system, and protect consumer privacy.'" Gorman v. Wolpoff & Abramson, LLP, 584 F.3d 1147, 1153 (9th Cir. 2009).

4.    To the extent Plaintiff's claims invoke the "artful pleading doctrine," 15 U.S.C. 1681t(b)(1)(F) preempts state law claims "relating to the responsibilities of

persons who furnish information to consumer reporting agencies. . . ."  Indeed, only two exceptions to this rule are provided in the statute.  One of those exceptions is California Civil Code section 1785.25.  However, Plaintiff does not allege a violation of the California statute.  Moreover, even if Plaintiff did allege such a violation, no private right of action exists.  "While this provision is saved from FCRA preemption, it is notable that California Civil Code §§ 1785.25(g) and 1785.31, the provisions that create a private right of action to enforce § 1785.25(a), are preempted."  <u>Buraye v. Equifax</u>, 625 F.Supp.2d 894, 901-902 (C.D.Cal. 2008).  Furthermore, "state law negligence and defamation claims are preempted by the FCRA."  <u>Id</u>. at 900.  Therefore, Plaintiff is left with a bare allegation that plainly invokes federal jurisdiction under the FCRA.

5.  The Action is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1331 and § 1441(b)-(c), because this Court would have had original jurisdiction founded on Plaintiff's claims arising under the Fair Credit Reporting Act, a law of the United States.

## REMOVAL JURISDICTION AND VENUE

6.  This Notice of Removal is "filed within thirty [30] days after receipt by the defendant . . . of a copy of [Plaintiffs' Summons and Complaint]" in accordance with the time period mandated by 28 U.S.C. §1446(b).

7.  Venue lies in the United States District Court for the Central District of California pursuant to 28 U.S.C. §1441(a) because the Action was filed in this District.

**WHEREFORE** Defendant prays that the above action now pending against it in the Superior Court of the State of California, County of Los Angeles, Northwest District, be removed therefrom to this Court.

/ / /

/ / /

/ / /

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1331 AND 28 U.S.C. § 1441(b)-(c)
(FEDERAL QUESTION)

DATED:   July 15, 2010                     **DOLL AMIR & ELEY LLP**


                                           By: _____
                                               Hunter R. Eley
                                               Attorneys for Defendant
                                               CAPITAL ONE BANK (USA), N.A.

---

3

# <u>EXHIBIT A</u>

## SC-100

**Plaintiff's Claim and ORDER to Go to Small Claims Court**

Clerk stamps date here when form is filed.

ORIGINAL FILED
Northwest District

JUN 1 _ 2010

LOS ANGELES
SUPERIOR COURT

### Notice to the person being sued:

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

### Aviso al Demandado:

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la qué figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Fill in court name and street address:*
**Superior Court of California, County of Los Angeles**

6230 Sylmar Ave.
Van Nuys, CA 91401

*Clerk fills in case number and case name:*
**Case Number:**
10U03843
**Case Name:**
Mardoyan, Artur Vs. Capital One Services, LLC.

### Order to Go to Court

**The people in ① and ② must go to court:** *(Clerk fills out section below.)*



| Trial Date → | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| 1. | 7.30.10 | 1:30 | Nu2 | |
| 2. | | | | |
| 3. | | | | |

Date: JOHN A. CLARKE   JUN 1 1 2010   Clerk, by _____ E. A. España _____, Deputy

### Instructions for the person suing:

- You are the Plaintiff. The person you are suing is the Defendant.
- *Before* you fill out this form, read Form SC-150, *Information for the Plaintiff (Small Claims)*, to know your rights. Get SC-150 at any courthouse or county law library, or go to: *www.courtinfo.ca.gov/forms*
- Fill out pages 2 and 3 of this form. Then make copies of **all** pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2008, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER to Go to Small Claims Court (Small Claims)**

SC-100, Page 1 of 5
→

American LegalNet, Inc.
www.FormsWorkflow.com

Plaintiff *(list names)*: Artur Mardoyan

Case Number:

**(1) The Plaintiff (the person, business, or public entity that is suing) is:**

Name: Artur Mardoyan     Phone: ( 818 ) 605-2887

Street address: 6453 Varna Ave.    Van Nuys    CA    91401
               *Street*             *City*      *State*     *Zip*

Mailing address *(if different)*: _____
                       *Street*         *City*      *State*    *Zip*

**If more than one Plaintiff, list next Plaintiff here:**

Name: _____     Phone: ( _____ )

Street address: _____
           *Street*          *City*      *State*    *Zip*

Mailing address *(if different)*: _____
                       *Street*        *City*      *State*    *Zip*

☐ *Check here if more than 2 Plaintiffs and attach Form SC-100A.*

☐ *Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.*

**(2) The Defendant (the person, business, or public entity being sued) is:**

Name: Capital One Services, LLC     Phone: ( 703 ) 720-1000

Street address: 1680 Capital One Dr.    McLean    VA    22102
               *Street*           *City*      *State*    *Zip*

Mailing address *(if different)*: 2730 Gateway Oaks Dr. Ste. 100   Sacramento   CA   95833
                       *Street*        *City*      *State*    *Zip*

**If more than one Defendant, list next Defendant here:**

Name: _____     Phone: ( _____ )

Street address: _____
          *Street*          *City*      *State*    *Zip*

Mailing address *(if different)*: _____
                       *Street*        *City*      *State*    *Zip*

☐ *Check here if more than 2 Defendants and attach Form SC-100A.*

☐ *Check here if any Defendant is on active military duty, and write his or her name here:* _____

**(3) The Plaintiff claims the Defendant owes $ 750** _____. *(Explain below):*

a. Why does the Defendant owe the Plaintiff money? Defendant failed to notify the credit bureaus of consumer dispute, failed to verify or delete the disputed item from consumer's credit file. Defendant's actions defamed the Plaintiff and caused him financial and emotional stress.

b. When did this happen? *(Date):* _____
If no specific date, give the time period: *Date started:* 11/09/09     *Through:* 06/08/10

c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)* Plaintiff's financial injury, cost of lost time, and mental distress suffered amount to be $750

☐ *Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at the top.*

Plaintiff *(list names):* Artur Mardoyan

Case Number:

**(4) You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue. Have you done this?** ☑ Yes ☐ No

*If no, explain why not:* _____

**(5) Why are you filing your claim at this courthouse?**
**This courthouse covers the area** *(check the one that applies):*

a. ☑ (1) Where the Defendant lives or does business.
   (2) Where the Plaintiff's property was damaged.
   (3) Where the Plaintiff was injured.

(4) Where a contract (written or spoken) was made, signed, performed, or broken by the Defendant or where the Defendant lived or did business when the Defendant made the contract.

b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*

c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civil Code, § 1812.10.)*

d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4.)*

e. ☐ Other *(specify):* _____

**(6) List the zip code of the place checked in (5) above** *(if you know):* 91401

**(7) Is your claim about an attorney-client fee dispute?** ☐ Yes ☑ No
*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here:* ☐

**(8) Are you suing a public entity?** ☐ Yes ☑ No
*If yes, you must file a written claim with the entity first.* ☐ A claim was filed on *(date):* _____
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

**(9) Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes ☑ No   *If yes, the filing fee for this case will be higher.*

**(10) I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

**(11) I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.**

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: 06/08/10    Artur Mardoyan _____    ► *signature*
                  *Plaintiff types or prints name here*        *Plaintiff signs here*

Date: _____    _____    ►
                  *Second Plaintiff types or prints name here*   *Second Plaintiff signs here*

**Requests for Accommodations**
Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the trial. Contact the clerk's office for Form MC-410, *Request for Accommodations by Persons With Disabilities and Response. (Civil Code, § 54.8.)*

| Case Number: |
|---|
|  |

Plaintiff *(list names):* Artur Mardoyan

**(1) The Plaintiff (the person, business, or public entity that is suing) is:**

Name: Artur Mardoyan     Phone: ( 818 ) 605-2887

Street address: 6453 Varna Ave.     Van Nuys     CA     91401
              *Street*     *City*     *State*     *Zip*

Mailing address *(if different):*
              *Street*     *City*     *State*     *Zip*

**If more than one Plaintiff, list next Plaintiff here:**

Name: _____     Phone: ( _____ )

Street address: _____
              *Street*     *City*     *State*     *Zip*

Mailing address *(if different):* _____
              *Street*     *City*     *State*     *Zip*

☐ *Check here if more than 2 Plaintiffs and attach Form SC-100A.*

☐ *Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.*

**(2) The Defendant (the person, business, or public entity being sued) is:**

Name: Capital One Services, LLC     Phone: ( 703 ) 720-1000

Street address: 1680 Capital One Dr.     McLean     VA     22102
              *Street*     *City*     *State*     *Zip*

Mailing address *(if different):* 2730 Gateway Oaks Dr. Ste. 100     Sacramento     CA     95833
              *Street*     *City*     *State*     *Zip*

**If more than one Defendant, list next Defendant here:**

Name: _____     Phone: ( _____ )

Street address: _____
              *Street*     *City*     *State*     *Zip*

Mailing address *(if different):* _____
              *Street*     *City*     *State*     *Zip*

☐ *Check here if more than 2 Defendants and attach Form SC-100A.*

☐ *Check here if any Defendant is on active military duty, and write his or her name here:* _____

**(3) The Plaintiff claims the Defendant owes $** 750 _____ . *(Explain below):*

a. Why does the Defendant owe the Plaintiff money? Defendant failed to notify the credit bureaus of consumer dispute, failed to verify or delete the disputed item from consumer's credit file. Defendant's actions defamed the Plaintiff and caused him financial and emotional stress.

b. When did this happen? *(Date):* _____
If no specific date, give the time period: *Date started:* 11/09/09 _____ *Through:* 06/08/10

c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)* Plaintiff's financial injury, cost of lost time, and mental distress suffered amount to be $750

☐ *Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at the top.*

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF LOS ANGELES**

NORTHWEST DISTRICT-VAN NUYS COURT
SMALL CLAIMS
6230 SYLMAR AVENUE
VAN NUYS, CALIFORNIA 91401

CERTIFIED MAIL



7010 0290 0001 7029 0512



UNITED STATES POSTAGE
PITNEY BOWES
02 1M $ 05.54
0004225226    JUN 14 2010
MAILED FROM ZIP CODE 91401

Capital One Services, LLC
c/o CSC Lawyers Incorporating Service
STE 100
2730 Gateway Oaks Dr, STE 100
Sacramento, CA 95833

95833+3503